Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−33445−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Romeo D. Nucum
aka Romeo L. Nucum
129 2nd Street
Keyport, NJ 07735

Norma Nucum
aka Noma Nucum
129 2nd Street
Keyport, NJ 07735

Social Security No.:
    xxx−xx−8308                                              xxx−xx−0288

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on August 8, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 8, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-33445-MBK
Romeo D. Nucum                                                                          Chapter 13
Norma Nucum
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 08, 2019
                              Form ID: 148             Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
db/jdb         +Romeo D. Nucum,    Norma Nucum,    129 2nd Street,    Keyport, NJ 07735-1809
cr             +Ford Motor Credit Company, LLC, servicer for CAB E,    P.O. Box 62180,
                Colorado Springs, CO 80962-2180
517893207      +Alltran Financial LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
517992275      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517893217       EOS CCA,    PO Box 981002,    Boston, MA 02298-1002
517893218      +FBCS Inc,    330 S Warminster Rd Suite 353,    Hatboro, PA 19040-3433
517893219      +Frenkel Lambert Weiss Weisman,    and Gordon, LLP NJ,    80 Main St Suite 460,
                West Orange, NJ 07052-5414
517893221      +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
                Hazelwood, MO 63042-2429
517893227      +Meadows Surgery Center,    75 Orient Way,    Rutherford, NJ 07070-2086
517893228      +New Jersey HealthCare Specialists,    PO Box 412138,    Boston, MA 02241-2138
517893229       New Jersey Healthcare Specialists,    PO Box 419378 DEPT 10005,    Boston, MA 02241-9378
517893231      +Pressler and Pressler LLP,    Counsellors at Law,    7 Entin Rd,    Parsippany, NJ 07054-5020
517893232      +Prosper Funding LLC,    221 Main Street,    Suite 300,    San Francisco, CA 94105-1909
517893233      +Radius Global Solutions LLC,    PO Box 390846,    Minneapolis, MN 55439-0846
517893234      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
517893236       Summit Medical Group,    Jawetz, Seth MD, SArti, Evan DO,    PO Box 19000,
                Belfast, ME 04915-4085
517911948      +Summit Medical Group,    Simon's Agency Inc.,    POB 5026,    Syracuse, NY 13220-5026
517893238      +US Asset Management Inc,    503 Martindale St. 7th flr,    Pittsburgh, PA 15212-5741
518015736      +loanDepot.com, LLC,    C/O Cenlar, FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2019 00:02:44      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2019 00:02:40      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517893208       E-mail/Text: ebn@americollect.com Aug 09 2019 00:02:50      Americollect,   Po Box 1566,
                1851 South Alverno Road,    Manitowoc, WI 54221
517893209       EDI: CINGMIDLAND.COM Aug 09 2019 03:38:00      AT&T,   PO Box 10330,   Fort Wayne, IN 46851-0330
517893210       EDI: BANKAMER.COM Aug 09 2019 03:38:00      Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                El Paso, TX 79998
517893211      +EDI: TSYS2.COM Aug 09 2019 03:38:00      Barclays Bank,   PO Box 8801,
                Wilmington, DE 19899-8801
517893212       EDI: CAPITALONE.COM Aug 09 2019 03:38:00      Capitol One Bank(USA)NA,   PO Box 71083,
                Charlotte, NC 28272-1083
517893213      +E-mail/Text: bankruptcy@cavps.com Aug 09 2019 00:02:58      Cavalry SPV I, LLC,
                500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2321
517893214      +EDI: CHASE.COM Aug 09 2019 03:38:00      Chase Card Services,   Correspondence Dept,
                Po Box 15298,    Wilmington, DE 19850-5298
517893215       EDI: DISCOVER.COM Aug 09 2019 03:38:00      Discover Financial,   Po Box 15316,
                Wilmington, DE 19850
517908303       EDI: DISCOVER.COM Aug 09 2019 03:38:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
517893216      +EDI: DISCOVER.COM Aug 09 2019 03:38:00      Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
517911845       EDI: FORD.COM Aug 09 2019 03:38:00      Ford Motor Credit Co., LLC,   PO BOX 62180,
                COLORADO SPRINGS, CO  80962-4400
517905527       EDI: FORD.COM Aug 09 2019 03:38:00      Ford Motor Credit Company LLC,   Dept. 55953,
                PO Box 55000,    Detroit, MI 48255-0953
517893220      +E-mail/Text: Banko@frontlineas.com Aug 09 2019 00:03:36      Frontline Asset Strategies,
                2700 Snelling Ave N Ste 250,    Roseville, MN 55113-1783
517893222       EDI: TSYS2.COM Aug 09 2019 03:38:00      Juniper Card Services,   PO Box 13337,
                Philadelphia, PA 19101-3337
517925684       EDI: RESURGENT.COM Aug 09 2019 03:38:00      LVNV Funding, LLC,   Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
517893226      +EDI: RESURGENT.COM Aug 09 2019 03:38:00      LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,
                Po Box 10497,    Greenville, SC 29603-0497
517893223      +E-mail/Text: bk@lendingclub.com Aug 09 2019 00:03:08      LendingClub,   Attn: Bankruptcy,
                71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
517893224      +EDI: FORD.COM Aug 09 2019 03:38:00      Lincoln Automotive Financial Service,   Attn: Bankruptcy,
                Po Box 542000,    Omaha, NE 68154-8000
517893225      +E-mail/Text: bknotification@loandepot.com Aug 09 2019 00:03:23      Loandepo.co,
                Attn: Bankruptcy Dept,   26642 Towne Center Dr,    Foothill Ranch, CA 92610-2808
518009263       EDI: PRA.COM Aug 09 2019 03:38:00      Portfolio Recovery Associates, LLC,   c/o Jc Penney,
                POB 41067,   Norfolk VA 23541
518015664       EDI: PRA.COM Aug 09 2019 03:38:00      Portfolio Recovery Associates, LLC,
                c/o Jc Penney Credit Card,    POB 41067,   Norfolk VA 23541
517893230      +EDI: PRA.COM Aug 09 2019 03:38:00      Portfolio Recovery,   Po Box 41021,
                Norfolk, VA 23541-1021

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 08, 2019
                              Form ID: 148             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518017108       +E-mail/Text: bncmail@w-legal.com Aug 09 2019 00:02:51      Prosper Funding LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518017109       +E-mail/Text: bncmail@w-legal.com Aug 09 2019 00:02:51      Scolopax, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517893235       +E-mail/Text: clientservices@simonsagency.com Aug 09 2019 00:03:19      Simon's Agency Inc,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
517897535       +EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517893237       +EDI: TCISOLUTIONS.COM Aug 09 2019 03:38:00      Total Card, Inc.,    5109 S Broadband Lane,
                 Sioux Falls, SD 57108-2208
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    LoanDepot.com, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francis P. Cullari    on behalf of Joint Debtor Norma  Nucum cullari@comcast.net
              Francis P. Cullari    on behalf of Debtor Romeo D. Nucum cullari@comcast.net
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC, servicer for CAB
               EAST LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    LoanDepot.com, LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```