Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–33445–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Romeo D. Nucum | Norma Nucum |
| aka Romeo L. Nucum | aka Noma Nucum |
| 129 2nd Street | 129 2nd Street |
| Keyport, NJ 07735 | Keyport, NJ 07735 |

Social Security No.:
  xxx–xx–8308                                        xxx–xx–0288

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: September 19, 2019          Michael B. Kaplan
                                   Judge, United States Bankruptcy Court